Abrams, R.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE DEL-ORDEN,
*on behalf of himself and all others similarly situated,*

              Plaintiff,

          -against-

DOMINO'S PIZZA LLC

              Defendant.

Case No.: 16-cv-3281-RA

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, DOMINO'S PIZZA LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181

Date: **6.20.16**

For the Defendant:

By: _____
Sean Joseph Kirby, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Fl.
New York, NY, 10112
Telephone: (212) 634-3023
Fax: (212) 655-1723

Date: **6/20/16**

SO ORDERED

_____
Hon. Ronnie Abrams, U.S.D.J.
6/27/16